IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02563-WJM-MEH

STEPHEN SECOR,

    Plaintiff,

v.

UNITED HEALTHCARE OF COLORADO, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2011.**

    Plaintiff's Unopposed Motion for Leave to File Amended Complaint [filed October 28, 2011; docket #9] is **granted**. The Clerk of the Court is directed to file Plaintiff's Amended Complaint and Jury Demand [docket #9-1]. Defendant shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).