IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02563-WJM-MEH

STEPHEN SECOR,

    Plaintiff,

v.

UNITED HEALTHCARE OF COLORADO, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2012.**

    In light of the settlement reached in this case [docket #23], Plaintiff's Motion for Discovery [filed January 9, 2012; docket #20] is **denied as moot**.